Michael S. Agruss
SBN: 259567
AGRUSS LAW FIRM, LLC
4611 N. Ravenswood Ave., Suite 201
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff,
ENOVY JOHNSON

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| ENOVY JOHNSON, <br><br> Plaintiff, <br><br> v. <br><br> DYNAMIC RECOVERY SOLUTIONS, LLC, <br><br> Defendant. | Case No.: 2:16-cv-00268–KJM–AC <br><br> **NOTICE OF SETTLEMENT** |

## NOTICE OF SETTLEMENT

Plaintiff, ENOVY JOHNSON, ("Plaintiff"), through his attorney, Agruss Law Firm, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

RESPECTFULLY SUBMITTED,

DATED: March 8, 2016         AGRUSS LAW FIRM, LLC

By: /s/ Michael S. Agruss
    Michael S. Agruss
    Attorney for Plaintiff
    ENOVY JOHNSON

1