Michael S. Agruss
SBN: 259567
AGRUSS LAW FIRM, LLC
4611 N. Ravenswood Ave., Suite 201
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff,
ENOVY JOHNSON

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| ENOVY JOHNSON, | ) |
| Plaintiff, | ) **Case No.: 2:16-cv-002678-KJM-AC** |
| v. | ) |
| DYNAMIC RECOVERY SOLUTIONS, LLC, | ) |
| Defendant. | ) |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, ENVOY JOHNSON, ("Plaintiff"), through her attorney, Agruss Law Firm, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, DYNAMIC RECOVERY SOLUTIONS, LLC.

RESPECTFULLY SUBMITTED,

DATED:  March 28, 2016          AGRUSS LAW FIRM, LLC

By: /s/  Michael S. Agruss
Michael S. Agruss
Attorney for Plaintiff
ENOVY JOHNSON

1

## **CERTIFICATE OF SERVICE**

On March 28, 2016, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Voluntary Dismissal to Defense Counsel, Ginny Brock, at ginnybeth.brock@theecholsfirm.com.